No. 11–5548. PAVLOV, AKA YORDANVO v. SMELSER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–5553. ASBERRY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–5556. STAFFORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5557. MEDULAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–5558. DAVIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5559. CROCKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5560. CATALANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5562. HERRING v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5567. MASON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5569. JONES v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–5570. JACK v. WEST VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–5571. POLITE v. ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 11–5572. PALMER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 11–5573. GALLOWAY v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 11–5574. GARCIA-MORALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5577. THOMPSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.